UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TYRONE HURT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:14-cv-02016-TWP-DKL |
| ) | |
| Unknown (illegible) et al. (Bivens v. Six (6) ) | |
| Unknown Narcotics Agents), ) | |
| ) | |
| Defendant. ) | |

**Entry Dismissing Action and Directing Entry of Final Judgment**

This action was filed by Tyrone Hurt (a/k/a Tyrone Hunt) a citizen of the District of Columbia. The Court has attempted to decipher the pleadings, however, the defendants' names and the relief sought are illegible.

Mr. Hunt's motion for leave to proceed *in forma pauperis* [dkt. 2] is **denied** because he has failed to demonstrate that he is eligible to proceed in that fashion.

As previously mentioned in *Hunt v. Hinson,* 1:14-cv-1781-TWP-TAB (S.D. Ind. November 5, 2014), the PACER Case Locator reflects that Mr. Hurt is a frequent filer of frivolous litigation under both the surnames Hurt and Hunt. See *Hurt v. Paige,* No. 13-1412 (7th Cir. Apr. 5, 2013); *Hurt v. D.C. Government,* No. 13-1413 (7th Cir. Apr. 5, 2013). He has had filing restrictions placed upon him by the federal courts for the District of Columbia, the Eastern District of California and the District of Massachusetts for filing vexatious litigation. See *Hurt v. D.C. Parole Board,* 13-11800-DJC (D. Mass. November 20, 2013) (discussing filing restrictions).

Because this case is completely illegible, it cannot be declared frivolous. However, a complaint which defines all understanding because the markings do not represent readable letters

cannot proceed. On this basis the complaint is rejected for failure to state a claim upon which relief may be granted. It is subject to dismissal on this basis. "District judges have ample authority to dismiss frivolous or transparently defective suits spontaneously, and thus save everyone time and legal expense." *Hoskins v. Poelstra,* 320 F.3d 761, 762 (7th Cir. 2003)(citing *Rowe v. Shake,* 196 F.3d 778, 783 (7th Cir. 1999)).

The plaintiff's recent submissions in other cases in this district reflect that the opportunity to file a legible amended complaint would not bear fruit. *See Hurt v. United States of America,* Cause No. 1:14-cv-01846-TWP-DKL (S.D. Ind. Dec. 9, 2014) (failed to file legible amended complaint after being given opportunity to do so), *Hurt v. United States House of Representatives,* Cause No. 1:14-cv-01847-JMS-DKL (illegible complaint filed), *Hurt v. United States of America,* Cause No. 1:14-cv-01866-LJM-TAB (illegible complaint filed). Accordingly, this action is dismissed.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 12/11/2014

*[signature]*

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

TYRONE HUNT
422 Chesapeake St. SE, #33
Washington, DC 20032